# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marion Promise,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                          3-05-cv-278-1

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/7/05 Order.

**Signed: July 8, 2005**

Frank G. Johns, Clerk
United States District Court